# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| TABITHA HENDRIX | § | |
| | § | |
| V | § | CIVIL NO: 1:24-cv-00558 |
| | § | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Tabitha Hendrix, Plaintiff herein, complaining of Lincoln National Life Insurance Company, and for cause of action would show:

1. Plaintiff resided in San Antonio, Bexar County, Texas, which is in the Western District of Texas, at the time her cause of action accrued. Plaintiff is both a citizen and resident of the state of Texas.

2. Defendant, Lincoln National Life Insurance Company, (hereinafter referred to as ("Lincoln") is a citizen of the state of Indiana. It is an insurance corporation duly and legally formed under the laws of Indiana and keeps its principal place of business in Indiana.

3. Lincoln is authorized to conduct business as an insurance company in the State of Texas, and may be served with citation herein by serving its registered agent, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, TX 78701.

4. This court has original jurisdiction of this case under 28 U.S.C. § 1131, as well as 29 U.S.C. § 1132(e)(1).

5. Venue is proper in the Western District of Texas under 29 U.S.C. § 1132(e)(2).

6. Plaintiff brings suit under the civil enforcement provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), specifically including 29 U.S.C. § 1132 (a)(1)(B).

7. Lincoln failed to honor its obligations to Plaintiff. In 2020 Plaintiff was an employee at HEB grocery stores in San Antonio, Texas. Through her employment, Plaintiff was insured for disability benefits by a group insurance policy ("the policy") issued by Lincoln. The claim is identified by claim number, 10810502. In exchange for premiums, Lincoln promised to pay benefits to Plaintiff should she become Disabled under the terms of the policy.

8. Plaintiff became disabled in 2020 as a result of serious physical illnesses. She properly submitted a long-term disability claim to Lincoln. Lincoln approved the claim through the "Own Occupation" period, which was two years.

9. The Social Security Administration determined Ms. Hendrix is disabled under its rules.

10. Ms. Hendrix is a veteran. The United States Veterans Administration determined that she is a 100% Total and Permanent Disabled veteran.

11. Beginning February 7, 2023, the Plan definition of Total Disability changed. As of that date, Ms. Hendrix was eligible for benefits only if she was unable to perform any reasonable occupation. Lincoln denied the claim on March 28, 2023.

12. Plaintiff exhausted the administrative remedies available to her under the Plan. All conditions precedent to this cause of action have been met or have occurred.

13. The policy at issue in this case was used in Texas and is subject to Chapter 1701 of the Texas Insurance Code. It was offered, issued, renewed, or delivered on or after February 1, 2011, and is subject to the laws of Texas. Any Discretionary Clause is void under Texas law and Hartford's decision to deny Plaintiff's claim is subject to *de novo* review pursuant to 28 Tex. Admin. Code § 3.1201.

14. Plaintiff is entitled to recover under the civil enforcement provisions of ERISA and seeks the benefits she has been denied, clarification of his right to receive future benefits under the policy, attorney's fees and expenses incurred herein and other appropriate equitable relief.

15. WHEREFORE, Plaintiff prays that Defendant be cited to appear herein and answer and that

on final hearing, she have judgment against Defendant for her damages, plus pre-judgment and post-judgment legal interest, for costs of suit, for reasonable attorney's fees and expenses incurred and that Plaintiff have a clarification of his right to receive future benefits under the policy, to which she may show herself justly entitled under the attending facts and circumstances.

Respectfully submitted,

By: /s/ *Greg Reed*

Attorney-in-Charge
State Bar No. 16677750

**BEMIS, ROACH & REED**
4100 Duval Road, Bldg. I, Suite 200
Austin, Texas 78759
(512) 454-4000 Telephone
(512) 453-6335 Facsimile
lonnie@brrlaw.com

**ATTORNEYS FOR PLAINTIFF**