**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **TABITHA HENDRIX,** | **§** | |
| **Plaintiff,** | **§** | |
| | **§** | |
| **v.** | **§** | |
| | **§** | **CIVIL ACTION NO. 1:24cv00558** |
| **LINCOLN NATIONAL LIFE** | **§** | |
| **INSURANCE COMPANY,** | **§** | |
| **Defendant.** | **§** | |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Plaintiff Tabitha Hendrix ("Hendrix") and Defendant Lincoln National Life Insurance Company ("Lincoln"), comprising all of the parties to this action, file this joint motion requesting the Court to enter the Scheduling Order attached hereto as Exhibit A and, in support thereof, state:

**I.**

This is a suit for disability benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001-1461.

**II.**

The parties agree that this case is exempt from disclosures pursuant to Rule 26(a)(1)(B)(i), as it is an action for review on an administrative record. By no later than December 11, 2024, Lincoln will send Hendrix's counsel a copy of the administrative record. The parties believe that the Court should, in lieu of the entry of a traditional scheduling order, establish a briefing schedule for the resolution of this matter, which is a procedure approved by the Fifth Circuit. *See*

*Bellaire Gen. Hosp. v. Blue Cross Blue Shield of Michigan*, 97 F.3d 822, 827-28 (5th Cir. 1996) (holding that the district court did not abuse its discretion in ordering the parties in an "ERISA 'records' case" such as this to submit their dispute for resolution on a written record).

**III.**

Hendrix and Lincoln thus jointly request that the Court sign and enter the proposed Scheduling Order attached hereto as Exhibit A, which establishes a briefing schedule for the resolution of this dispute.

Respectfully submitted,

By: */s/ Greg Reed*
Greg Reed
State Bar No. 16677750
greg@brrlaw.com

**BEMIS, ROACH & REED**
4100 Duval Road, Bldg. I, Suite 200
Austin, TX 78759
Tel: 512.454.4000
Fax: 512.453.6335

ATTORNEYS FOR PLAINTIFF
TABITHA HENDRIX

By: /s/ *Iwana Rademaekers*
Iwana Rademaekers
State Bar No. 16452560
iwana@rademaekerslaw.com

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

ATTORNEYS FOR DEFENDANT LINCOLN
NATIONAL LIFE INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

*/s/ Iwana Rademaekers*
Iwana Rademaekers

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **TABITHA HENDRIX,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 1:24cv00558** |
| **LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| **Defendant.** | § | |

**ERISA SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before November 4, 2024.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before September 30, 2024, and each opposing party shall respond, in writing, on or before October 21, 2024. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of the trial.

3. The parties shall file all amended or supplemental pleadings and shall join additional parties on or before November 4, 2024.

4. This case is exempt from Disclosures as per Fed. R. Civ. P. 26(a)(1)(B)(i). It will be tried on the administrative record. Defendant will produce, but not file, a numbered copy of the proposed administrative record on or before December 11, 2025. Plaintiff will produce any suggested additions to the administrative record or object to the inclusion of matters contained therein on or before January 10, 2025.

5. The parties shall complete all discovery on or before February 7, 2025. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of the information obtained in post-deadline discovery.

6. All dispositive motions shall be filed no later than May 15, 2025 and shall be limited to twenty (20) pages. Responses shall be filed within fourteen (14) days of the service of the motion and shall be limited to twenty (20) pages. Any replies shall be filed within seven (7) days of the service of the response and shall be limited to ten (10) pages, but the Court need not wait for the reply before ruling on the motion.

7. This case is set for docket call _________________ and for bench trial in the month of __________, 2025.

SIGNED this _____________ day of ______________________, 2024.

________________________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

AGREED:

___*/s/ Greg Reed*________________
Greg Reed
*Attorney for Plaintiff*

__*/s/ Iwana Rademaekers*______________
Iwana Rademaekers
*Attorney for Defendant*