**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **TABITHA HENDRIX,** *Plaintiff* | § § § | |
| **v.** | § | **No. 1-24-CV-00558-RP** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** *Defendant* | § § § | |

**ORDER SETTING INITIAL PRETRIAL CONFERENCE**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on **Monday, October 21, 2024, at 3:30 PM**. The parties are directed to use the below dial-in information:

**Please call in 5 minutes prior to start of hearing.**

1. Toll free number: (866) 390-1828
2. Access code: 6054147

The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

Multiple hearings in other cases may start at the same time; attorneys should call in with their phones on "mute" and wait for the Judge or the Courtroom Deputy to call their case before they speak.

The Court holds telephonic hearings for the convenience of counsel, especially those from out of town. Due to the significant number of lawyers who fail to appear by telephone as ordered, **THE COURT MAY SANCTION NON-APPEARING**

**ATTORNEYS WITH COSTS INCURRED BY APPEARING ATTORNEYS**. A second non-appearance (whether in the same or different cases) will result in non-compliant attorneys being required to appear in person for all subsequent initial pretrial conferences.

If there are questions regarding the telephonic appearance, the parties should contact Francesca Wool, francesca_wool@txwd.uscourts.gov. **IT IS SO ORDERED**.

**SIGNED** September 20, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE