FILED
October 21, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: klw
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **TABITHA HENDRIX,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 1:24cv00558** |
| **LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| **Defendant.** | § | |

**ERISA SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before November 4, 2024.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before September 30, 2024, and each opposing party shall respond, in writing, on or before October 21, 2024. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of the trial.

3. The parties shall file all amended or supplemental pleadings and shall join additional parties on or before November 4, 2024.

4. This case is exempt from Disclosures as per Fed. R. Civ. P. 26(a)(1)(B)(i). It will be tried on the administrative record. Defendant will produce, but not file, a numbered copy of the proposed administrative record on or before December 11, 2025. Plaintiff will produce any suggested additions to the administrative record or object to the inclusion of matters contained therein on or before January 10, 2025.

5. The parties shall complete all discovery on or before February 7, 2025. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of the information obtained in post-deadline discovery.

6. All dispositive motions shall be filed no later than May 15, 2025 and shall be limited to twenty (20) pages. Responses shall be filed within fourteen (14) days of the service of the motion and shall be limited to twenty (20) pages. Any replies shall be filed within seven (7) days of the service of the response and shall be limited to ten (10) pages, but the Court need not wait for the reply before ruling on the motion.

7. This case is set for Final PTC TBD and for BENCH trial on October 14 2025 at 9:00a.m.

SIGNED this 21st day of October, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE